IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| TAMMY CLARK,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>ANDREW M. SAUL,<br><br>Defendant. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br><br><br><br><br>Case No. 1:17-CV-137<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate

Judge Cecilia M. Romero, recommending that Plaintiff's Motion to Reopen be denied.

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days after receiving it. Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and

Recommendation.  Accordingly, Plaintiff's Motion to Reopen is DENIED.

DATED this 23rd day of September, 2019.

Dee Benson
United States District Judge