IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| TAMMY C.,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:17-CV-137-DB-CMR |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on September 11, 2019, recommending that this court affirm the Administrative Law Judge's denial of Plaintiff's claims for disability benefits. (Dkt. No. 36, Report and Recommendation.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

1

Magistrate Judge's Report and Recommendation, the Court adopts the recommendation of magistrate judge. The Court concludes that the ALJ's decision is supported by substantial evidence and the correct legal standards were applied. Accordingly, the Commissioner's decision denying Plaintiff's claims for disability benefits is affirmed.

Therefore, the Court ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation of the magistrate judge and and AFFIRMS the Commissioner's decision denying Plaintiff's claims for disability benefits; and

2. Plaintiff's Complaint is DISMISSED with prejudice.

Dated this 4th day of October, 2019.

_____
Dee Benson
United States District Judge